IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-11254

United States Court of Appeals
Fifth Circuit

**FILED**

September 13, 2018

Lyle W. Cayce
Clerk

JANI-KING FRANCHISING, INCORPORATED,

Plaintiff - Appellee

v.

JANI-KING (GB), LIMITED; IAN THOMAS,

Defendants - Appellants

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CV-4136

Before SMITH, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

After reviewing the briefs and hearing oral argument, we AFFIRM the judgment of the district court essentially for the reasons stated in its opinions issued on April 7, 2016; October 24, 2016; and October 20, 2017.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.